# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00708-CR

**Ralph Remsburg, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. 569074, HONORABLE MIKE DENTON, JUDGE PRESIDING

Appellant=s motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: June 13, 2002

Do Not Publish